Geri N. Kahn (CA State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446, ext. 302
Fax (707) 361-0350

Attorney for Plaintiff
Boshra Al-Bayati

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boshra AL-BAYATI,<br><br>     Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>     Defendant | No.  2-14-cv-02251-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines. The transcript in this proceeding is lengthy. Plaintiff's counsel needs additional time to review the transcript and to write the Motion.

2. Plaintiff's counsel has emailed Theophous Reagans, Esq., defendant's counsel, and he has indicated that he is agreeable to a 60 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on April 20, 2015, Defendant's reply brief on May 20, 2015 and Plaintiff's optional response brief on June 9, 2015.

1

2                                        Respectfully submitted,

3  Dated:  February 19, 2015              /s/ Geri N. Kahn
                                          GERI N. KAHN
4                                         Attorney for Plaintiff

5

6

7  Dated:  February 19, 2015              /s/  Theophous Reagans
                                          THEOPHOUS REAGANS, ESQ.
8                                         Special Assistant United States Attorney
                                          (*By email authorization on 02/19/2015)
9

10

11

12
                                   **ORDER**
13
       Pursuant to the parties' stipulation, IT IS SO ORDERED.
14
   Dated:  February 20, 2015
15

16
                                   _____
17                                 DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
18  Ddad1\orders.soc sec
    albayati2251.stip.eot.ord.docx
19

20

21

22

23

24

25

26

27

28
         No.  2-14-cv-02251-DAD           2
    STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER
                           MOTION FOR SUMMARY JUDGMENT