1  Geri N. Kahn (CA State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   400 Montgomery Street, Suite 810
3  San Francisco, CA 94104
   Tel. (415) 397-5446, ext. 302
4  Fax (707) 361-0350

5  Attorney for Plaintiff
   Boshra Al-Bayati
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  Boshra AL-BAYATI,                        No. 2-14-cv-02251-DAD

12       Plaintiff                           **STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

13  vs.

14  Carolyn W. Colvin, Acting Commissioner of Social Security,

15
         Defendant
16

17       Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of

18  record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time for Plaintiff's

19  counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

20       1.   Plaintiff's counsel's father passed away on March 30, 2015, due to complications of

21            Alzheimer's disease.  The month prior to this was a steady decline in his health and

22            counsel has been out of the office a great deal.  Counsel has not had time to work on the

23            brief.

24       2.   Plaintiff's counsel has spoken with Theophous Reagans, Esq., defendant's counsel, and he

25            has indicated that he is agreeable to a 45 day extension of time for counsel to prepare her

26            brief.

27

28

3. Should the request be granted, Plaintiff's brief will be due on June 4, 2015, Defendant's reply brief on July 6, 2015 and Plaintiff's optional response brief on July 20, 2015.

Respectfully submitted,

Dated: April 20, 2015 /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: April 20, 2015 /s/ Theophous Reagans
THEOPHOUS REAGANS, ESQ.
Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 21, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
albayati2251.stip.eot.ord2.docx

No. 2-14-cv-02251-DAD    2
STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT