Geri N. Kahn (CA State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446, ext. 302
Fax (707) 361-0350

Attorney for Plaintiff
Boshra Al-Bayati

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boshra AL-BAYATI,<br><br>     Plaintiff<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>     Defendant | No. 2:14-cv-02251-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT** |

   Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a one week extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

   1.   Plaintiff's counsel has come down with bronchitis. She has been out of the office and has been unable to finish the brief. She anticipates being able to finish the brief within a week.

   2.   Should the request be granted, Plaintiff's brief will be due on June 11, 2015, Defendant's reply brief on July 13, 2015 and Plaintiff's optional response brief on July 27, 2015.

Respectfully submitted,

Dated:  June 3, 2015                              /s/ Geri N. Kahn
                                                  GERI N. KAHN
                                                  Attorney for Plaintiff


Dated:  June 3, 2015                              /s/  Theophous Reagans
                                                  THEOPHOUS REAGANS, ESQ.
                                                  Special Assistant United States Attorney
                                                  (*By email authorization on 06/03/2015)


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 4, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
albayati2251.stip.eot.ord3.docx

---

No.  2:14-cv-02251-DAD                                2
STIPULATION AND ORDER TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT