BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8955
  Facsimile: (415) 744-0134
  E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| BOSHRA M. AL-BAYATI,<br><br>   Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:14-cv-02251-DAD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 13, 2015, to August 13, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because of her counsel's heavy workload.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

3 | Dated:  July 9, 2015

Respectfully submitted,
*/s/ Geri N. Kahn*_____
(As authorized via email on 7/9/2015)
GERI N. KAHN
Attorney for Plaintiff

Dated:  July 9, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/  Ellinor Coder*_____
ELLINOR CODER
Special Assistant U.S. Attorney
OF COUNSEL: AMANDA SCHAPEL
Assistant Regional Counsel

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  July 12, 2015

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
albayati2251.stip.eor.ord4.docx